**FILED FOR RECORD**

AT _10:00_ O'CLOCK _A._ M

MAY 11 2015

GWEN ASHWORTH
MORRIS COUNTY DISTRICT CLERK
BY:_____DEPUTY

NO. 10,976CR

| | | |
|---|---|---|
| DESMOND JUWON WOODS, <br> APPELLANT | § | IN THE 76th |
| VS. | § | DISTRICT COURT |
| THE STATE OF TEXAS, <br> APPELLEE | § | MORRIS COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/01/2015 11:02:08 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DESMOND JUWON WOODS, who was Defendant in the above styled and numbered cause, by and through his counsel, EBB B. MOBLEY, the trial court having granted permission to appeal, and files this notice that he wishes to appeal from the conviction to the Sixth Court of Appeals on errors raised by written motion and ruled on before trial and on errors arising during and subsequent to trial.

Sentence was imposed on May 6, 2015, and this written Notice of Appeal is filed with the Clerk of this Court within 30 days of that date.

Respectfully submitted,

EBB B. MOBLEY
Attorney at Law
422 North Center Street-Lower Level
P. O. Box 2309
Longview, TX 75606
Telephone: (903) 757-3331
Facsimile: (903) 753-8289
ebbmob@aol.com

EBB B. MOBLEY
Attorney for Appellant
State Bar License # 14238000